IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORA ARMSTRONG, SADIE SIMS, and KINNIE SIMPSON, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 04-0448-BH-B |
| STANDARD FURNITURE, THOMAS CASKEY, and EDDIE DENSON, ) ) ) | |
| Defendants. ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, Standard Furniture, Thomas Caskey, and Eddie Denson, and against the plaintiffs, Cora Armstrong, Sadie Sims and Kinnie Simpson, the plaintiffs to have and recover nothing of the defendants.  Costs are taxed against the plaintiffs.

**DONE** this 22nd day of August, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE